```
                                                              O
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| BARRY JAMESON, | ) | No. CV 10-08790-CAS (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED |
| v. | ) ) | STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE FIRST AMENDED |
| JOHN MARSHALL, | ) | COMPLAINT |
| Defendants. | ) ) | |

   Pursuant to 28 U.S.C. §636, the Court has reviewed the Fuirst Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

   **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge,(2) revoking Plaintiff's IFP status; and (3) directing this action be dismissed

//
//
//
//
//

1  without prejudice and directing that judgment be entered accordingly,
2  unless Plaintiff pays the full statutory filing fee of $350 by the
3  deadline to file Objections to the Report and Recommendation.

DATED: September 6, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE