JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BARRY JAMESON, | No. CV 10-08790-CAS (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN MARSHALL, | |
| Defendant. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action without prejudice.

DATED: September 6, 2012

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE